FILED

2004 JAN 13 P 12:57

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHOICE AUTOMOBILE RENTAL AND SALES, LLC | : | CIVIL ACTION |
| Plaintiff | : | NO.: 3:00cv1411 (AHN) |
| V. | : | |
| EMPIRE FIRE AND MARINE INSURANCE COMPANY | : | |
| Defendant | : | NOVEMBER 12, 2003 |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

The parties hereby stipulate that this matter may be dismissed, with prejudice, each party to pay its own costs and attorneys' fees.

THE PLAINTIFF,
CHOICE AUTOMOBILE RENTAL
AND SALES, LLC

By_____
John W. Mills, Esq. ct 11706
Murphy and Karpie, LLC
350 Fairfield Avenue
Suite 405
Bridgeport, CT 06604

THE DEFENDANT,
EMPIRE FIRE AND MARINE
INSURANCE COMPANY

By_____
John W. Lemega ct 04250
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

This is to certify that on this /2th day of ~~November, 2003~~ January, 2004, I hereby mailed a copy of the foregoing to:

John W. Mills, Esq.
Murphy and Karpie, LLC
350 Fairfield Avenue
Suite 405
Bridgeport, CT 06604

John W. Lemega

484856.1(HS-FP)

03930.0051.009

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105