#19

FILED

2004 JAN 13 P 12:57

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHOICE AUTOMOBILE RENTAL AND SALES, LLC | : | CIVIL ACTION |
| Plaintiff | : | NO.: 3:00cv1411 (AHN) |
| V. | : | |
| EMPIRE FIRE AND MARINE INSURANCE COMPANY | : | |
| Defendant | : | NOVEMBER 12, 2003 |

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

The parties hereby stipulate that this matter may be dismissed, with prejudice, each party to pay its own costs and attorneys' fees.

FILED 2004 JAN 28 A 11:56 US DISTRICT COURT BRIDGEPORT

1/27/04 APPROVED. SO ORDERED.
ALAN H. NEVAS, U.S.D.J.

THE PLAINTIFF,
CHOICE AUTOMOBILE RENTAL
AND SALES, LLC

By_____
John W. Mills, Esq. ct 11706
Murphy and Karpie, LLC
350 Fairfield Avenue
Suite 405
Bridgeport, CT 06604

THE DEFENDANT,
EMPIRE FIRE AND MARINE
INSURANCE COMPANY

By_____
John W. Lemega ct 04250
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

---

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105